## BOESCHE v. RALEIGH-DURHAM AIRPORT AUTHORITY

No. 353PA93

Case below: 111 N.C.App. 149

Motion by defendants to dismiss the appeal for lack of substantial constitutional question denied 7 October 1993. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 7 October 1993.

## BRANTLEY v. STARLING

No. 359PA93

Case below: 111 N.C.App. 669

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 allowed 7 October 1993.

## CLARK v. VELSICOL CHEMICAL CORP.

No. 318PA93

Case below: 110 N.C.App. 803

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 7 October 1993.

## DAVIS v. SENCO PRODUCTS, INC.

No. 289PA93

Case below: 109 N.C.App. 700

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 7 October 1993.

## HICKMAN v. McKOIN

No. 170PA93

Case below: 109 N.C.App. 478

Petition by defendants for discretionary review pursuant to G.S. 7A-31 allowed 7 October 1993.